In the Matter of CARDER REALTY CORPORATION, Appellant, against FRANCES PERKINS, Industrial Commissioner of the State of New York, Respondent.

(Argued February 28, 1933; decided March 14, 1933.)

*Charles B. Sullivan* for appellant.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* of counsel), for respondent.

*Murray Hulbert* for Bricklayers', Masons' and Plasterers' International Union of America, *amicus curiæ,*

Order affirmed, with costs; no opinion.    (See 261 N. Y. 713.)

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.